# UNITED STATES DISTRICT COURT
for the

Eastern District of North Carolina

| United States of America | ) | AMENDED JUDGMENT |
|---|---|---|
| v. | ) | |
| Jeron Rondell Randall | ) | Case No: 4:95-CR-58-2H |
| | ) | USM No: 16096-056 |
| Date of Original Judgment: May 7, 1996 | ) | |
| Date of Previous Amended Judgment: June 24, 2009 | ) | Thomas P. McNamara |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of **298** months **is reduced to** **241 months**

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated May 7, 1996, and June 24, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date: 4/24/13

Effective Date: _____
*(if different from order date)*

Malcolm J. Howard, Senior United States District Judge
*Printed name and title*

EDNC 7/26/2012